JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile:  (415) 576-9929

*E-FILED 5/2/07*

Attorney for Plaintiff
Min LUO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Min LUO, <br><br> Plaintiff, <br><br> vs. <br><br> *Michael Chertoff*, Secretary of the Department of Homeland Security; <br> *Emilio T. Gonzalez*, Director, U.S. Citizenship and Immigration Services; <br> *Francis D. Siciliano*, Officer-in-Charge, San Jose Sub Office, U.S. Citizenship and Immigration Services; <br> *Robert S. Mueller*, Director of Federal Bureau of Investigation <br><br> Defendants. | Case No.: **C 07-0733 RS** <br><br> **STIPULATION OF DISMISSAL; ORDER** |

Subject to approval of the Court, the parties hereby stipulates as follows:

1.      Pursuant to Fed. R. Civ. P. 41 (a)(1), in light of the fact that Plaintiff's N-400 Application has been approved and already scheduled for an Oath Ceremony, Plaintiff hereby dismisses this action without prejudice.

2.      The parties will bear their own fees and costs.

---

Case No.: **C 07-0733 RS**
PLAINTIFF'S ORIGINAL COMPLAINT

F:\LING\1447b\LUO Min\STIPULATION OF DISMISSAL.wpd

Dated: May 2, 2007

Respectfully submitted,

Justin X. Wang, Esq.
Attorney for Plaintiff

Dated: May 2, 2007

Edward A. Olsen
Assistant United States Attorney
Attorneys for Defendants

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS SO ORDERED. This case is hereby dismissed without prejudice. The clerk shall close the file.

DATED: May 2, 2007

Richard Seeborg
United States Magistrate Judge

Case No.: C 07-0733 RS
PLAINTIFF'S ORIGINAL COMPLAINT

2

F:\LING\1447b\LUO Min\STIPULATION OF DISMISSAL.wpd